AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| PETER MIUZZO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>RESIDENTIAL FENCES CORP. and LASER INDUSTRIES INC.,<br><br>*Defendant(s)* | Civil Action No. 18cv2901(JFB)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Residential Fences Corp.
17715 Route 25
Ridge, NY 11961

Laser Industries, Inc.
17715 Route 25
Ridge, NY 11961

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Troy L. Kessler
Garrett Kaske
Shulman Kessler LLP
534 Broadhollow Road, Suite 275
Melville, NY 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/16/2018

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*