UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PETER MIUZZO, on behalf of himself and all others similarly situated,

                      Plaintiff,

        -against-                        Case No. 18-cv-2901 (JFB)(ARL)

RESIDENTIAL FENCES CORP., and LASER INDUSTRIES INC.,

                      Defendants.

-----------------------------------------------------------X

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that the date by which Defendants must answer, move or otherwise respond to the Complaint is hereby extended to July 31, 2018.

| SHULMAN KESSLER LLP | JACKSON LEWIS P.C. |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 534 Broadhollow Road, Suite 275 | 58 South Service Road, Ste. 250 |
| Melville, New York 11747 | Melville, New York 11747 |
| (631) 499-9100 | (631) 247-0404 |
| By: _____ | By: _____ |
| Troy L. Kessler, Esq. | Noel P. Tripp, Esq. |
| Garrett Kaske, Esq. | Timothy Domanick, Esq. |
| Dated: June 13, 2018 | Dated: June 13, 2018 |

SO ORDERED on this _____ day of June, 2018

_____
United States District Judge

4844-7060-9257, v. 1