UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY**  **DATE:** 6/11/2019
United States Magistrate Judge
**TIME:** 12:30 p.m.

**DOCKET NO:** CV 18-2901 (ARL)

**CASE:** Miuzzo v. Residential Fences Corp.

___ INITIAL CONFERENCE
___ STATUS CONFERENCE
___ SCHEDULING CONFERENCE                BY TELEPHONE___
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE
_X_ FAIRNESS HEARING

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Garrett D. Kaske | Timothy J. Domanick |

**The following rulings were made:**

Based upon the statements placed on the record and pursuant to the principles set forth in Kolinsky v. Scholastic Inc., 900 F. Supp. 2d 332 (S.D.N.Y. 2012) and Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), cert. Denied, 136 S. Ct. 824 (2016), the agreement is approved.

**SO ORDERED:**

_____/s/_____